IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATE LOUISE POWELL,

 Plaintiff,                                        Civil Action No.: 1:23-cv-13917

v.                                                Judge Charles P. Kocoras

THE PARTNERSHIPS AND                  Magistrate Judge Jeffrey Cole
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

 Defendants.

## NOTICE OF DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 98 | Crafts manufactory |

DATED: February 13, 2024                  Respectfully submitted,

                                                                */s/ Keith A. Vogt*
                                                                Keith A. Vogt (Bar No. 6207971)
                                                                Keith Vogt, Ltd.
                                                                33 W. Jackson Blvd., #2W
                                                                Chicago, Illinois 60604
                                                                Telephone:312-971-6752
                                                                E-mail: keith@vogtip.com

                                                                ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt